UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>GINGER GREEN, INC., a corporation; AQUA FASHION, INC., a corporation; CHANG LEE, an individual, HYE KYUNG LEE, an individual; HAE LEE, an individual; GILSU PARK, an individual, JE FASHION, INC., a corporation; KYU YOUNG YOO, an individual,<br><br>Defendants. | Case No.: 2:18-cv-4098-ODW-SK<br><br>**[PROPOSED] ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

This matter came before the Court on the application of the United States Secretary of Labor for a temporary restraining order under Federal Rule of Civil Procedure 65 and Section 17 of the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 217, and an order for Defendants Ginger Green, Inc., Aqua Fashion, Inc., JE Fashion, Inc., Chang Lee, Hye Kyung Lee, Hae Lee, Gilsu Park, and Kyu Young Yoo to show cause why a preliminary injunction should not issue.

It appearing to this Court that good cause has been shown that Defendants should show cause why a Preliminary Injunction should not issue, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that at **3:00 p.m. on May 30, 2018**, at the United States Courthouse, 350 W. First Street, Courtroom 5D, Los Angeles, California 90012, Defendants shall appear and show cause, if there be any, why a preliminary injunction shall not issue; and it is further

**ORDERED, ADJUDGED, AND DECREED** that not later than **5:00 p.m.** on **May 23, 2018**, Defendants shall file their response(s) to the Secretary's Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue; and it is further

**ORDERED** that representatives of the Department of Labor shall serve this Order and accompanying pleadings on Defendants.

**SO ORDERED**,

Dated this 18th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE